THE HONORABLE BENJAMIN H. SETTLE

Gregory J. Marshall (AZ No. 019886) (*admitted pro hac vice*)
Ed J. Hermes (AZ No. 030529) (*admitted pro hac vice*)
SNELL & WILMER L.L.P.
400 East Van Buren  Suite 1900
Phoenix, Arizona 85004
p: 602.382.6000
f: 602.382.6070

Ramina Dehkhoda-Steele, WSBA No.  31136
Noel S. Yumo, WSBA No. 30584
Wong Fleming
10675 Willows Road NE, Ste. 250
Redmond, WA 98052
Tel.: 425.869.4040 Fax: 425-869-4050

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| JOSH THOMAS, an individual, | Case No. 3:19-CV-05689-TLF |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| BANK OF AMERICA CORPORATION, | |
| Defendant. | |

Pursuant to Plaintiff Josh Thomas and Defendant Bank of America, N.A.'s (collectively, the "Parties") Stipulation of Dismissal with Prejudice, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff Josh Thomas' First Amended Complaint is dismissed with prejudice.

IT IS FURTHER ORDERED that the Parties shall each bear their own attorneys' fees and costs in this matter.

DATED this 16th day of June, 2020

BENJAMIN H. SETTLE
United States District Judge

4818-7297-1195